## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CHARLES CROSBY,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD CHARLES NEFF,<br><br>    Defendant. | Case No. 1:23-cv-01363-NODJ-CDB<br><br>ORDER GRANTING APPLICATION OF GREGORY R. HENRIKSON TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 12) |

The Court has considered the application of Gregory R. Henrikson, attorney for Defendant Donald Charles Neff, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 12). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **January 8, 2024**

UNITED STATES MAGISTRATE JUDGE